Andrew R. Wolf, Esq. – NJ Attorney ID No. 018621995
THE WOLF LAW FIRM, LLC
1520 U.S. Highway 130 - Suite 101
North Brunswick, NJ 08902
Tel. 732-545-7900; Fax 732-545-1030

Christopher J. McGinn, Esq. – NJ Attorney ID No. 040832001
THE LAW OFFICE OF CHRISTOPHER J. McGINN
240 N. Union St. – Suite 220
Lambertville, NJ 08530
(609) 683-1900 / fax:(800) 931-2408

*Attorneys for Plaintiff and others similarly situated*

| | |
|---|---|
| DEBORAH PIERRE-CHARLES, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No: 3:17-cv-10025-BRM-DEA<br>(BRM)(DEA)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE that on May 4, 2020** or on a date to be set by the Court the undersigned attorneys for Plaintiff, will apply to the United States District Court of the District of New Jersey Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey before the Honorable Douglas E. Arpert, U.S.M.J. for the entry of an order granting Plaintiff's motion to make a front end determination shall be made that it is appropriate to send Notice to the proposed Settlement Class under Rule 23(c)((2)(B); to appoint Plaintiff's Counsel as Interim Counsel to represent the proposed Settlement

Class pursuant to Rule 23(g)(3); and to schedule a hearing to determine if the proposed Settlement is fair, reasonable, and adequate pursuant to Rule 23(e)(2.

PLEASE TAKE FURTHER NOTICE that Plaintiff will rely upon the attached Longley, Wolf, and McGinn Declarations, the moving brief, and proposed form of order.

Dated: April 9, 2020

/s Christopher J. McGinn, Esq.
The Law Office of Christopher J. McGinn
cjmcginn@njconsumerprotection.com